# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 5, 2018

Stephen J. Markman,
Chief Justice

155198(78)(79)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC:  155198
                              COA:  327063
                              Wayne CC:  14-007222-FH

HAROLD LAMONT WALKER,
      Defendant-Appellant.

_____/

      By order of June 1, 2018, the Court directed oral argument on whether to grant the application for leave to appeal or take other action. On order of the Court, the motion for immediate consideration is GRANTED. The motion to expand the grounds for review is considered, and it is GRANTED, limited to the grounds set forth in the motion. The appellant's supplemental brief directed by this Court's June 1, 2018 order is now due on September 25, 2018. In addition to the issues identified in this Court's June 1 order, the appellant shall address whether he is entitled to resentencing irrespective of the scoring of Offense Variable 19, MCL 777.49. See, e.g., *People v Pennington*, ___ Mich App ___ (Docket No. 323231, decided March 22, 2018).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 5, 2018



Clerk

a0904